**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 08-8124**

_____

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

     v.

PHILLIP AUBREY IRVING,

                Defendant - Appellant.

_____

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. James C. Turk, Senior District Judge. (7:04-cr-00078-jct-mfu-1; 7:07-cv-80018-jct-mfu)

_____

Submitted: December 11, 2008    Decided: December 18, 2008

_____

Before NIEMEYER, DUNCAN, and AGEE, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Phillip Aubrey Irving, Appellant Pro Se. Julia C. Dudley, Acting United States Attorney, Roanoke, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Phillip Aubrey Irving seeks to appeal the district court's order dismissing as untimely his 28 U.S.C. § 2255 (2000) motion. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that any assessment of the constitutional claims by the district court is debatable or wrong and that any dispositive procedural ruling by the district court is likewise debatable. Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676, 683-84 (4th Cir. 2001). We have independently reviewed the record and conclude that Irving has not made the requisite showing. Accordingly, we deny Irving's motion for a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED